

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00051-CV

**IN THE INTEREST OF H.R.S**., A Child,

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0013-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

## O R D E R

The Appellant's First Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 26, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court